EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to: Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
Saltzman & Johnson Law Corporation
44 Montgomery St., Suite 2110
San Francisco, CA 94104
TEL NO.: (415) 882-7900   FAX NO. *(Optional):* (415) 882-9287
E-MAIL ADDRESS *(Optional):* snanda@sjlawcorp.com

[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94110
BRANCH NAME: Northern District of California

PLAINTIFF: Bay Area Painters And Tapers Pension Trust Fund, et al.
DEFENDANT: Magnum Drywall, Inc.

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR RECORDER'S USE ONLY

CASE NUMBER: C14-05557 LB

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ⌐Magnum Drywall, Inc.
      42027 Boscell Road
      Fremont, CA 94538⌐
   b. Driver's license no. [last 4 digits] and state: N/A   [ ] Unknown
   c. Social security no. [last 4 digits]: N/A   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Magnum Drywall, Inc.
      c/o David Kirst, 42027 Boscell Road, Fremont, CA 94538

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Bay Area Painters And Tapers Pension Trust Fund, et al.
   c/o Saltzman & Johnson Law Corporation
   44 Montgomery St., Suite 2110, San Francisco, CA 94104

4. [✓] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.: -

Date: 7/15/2015
Shivani Nanda, Esq.
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 1,150,972.40
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 1/21/2015
   b. Renewal entered on *(date)*:
9. [✓] This judgment is an installment judgment.

[SEAL]

10. [✓] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date)*:
7/16/2015

Clerk, by RICHARD W. WIEKING , Deputy
PATRICK ROMYN / MARK ROMYN

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]
Martin Dean's ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Bay Area Painters And Tapers Pension Trust Fund, et al. | COURT CASE NO: |
|---|---|
| DEFENDANT: Magnum Drywall, Inc. | C14-05557 LB |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:
Bay Area Painters And Tapers Pension Trust Fund, et al.*
c/o Shivani Nanda, Esq.
Saltzmand & Johnson Law Corporation
44 Montgomery Street, Ste. 2110
San Francisco, CA 94104

14. Judgment creditor *(name and address)*:
*See Attachment 15

15. ☑ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

MC-025

| SHORT TITLE: Bay Area Painters And Tapers Pension Trust Fund, et al., v. Magnum Drywall, Inc. | CASE NUMBER: C14-05557 LB |
|---|---|

**ATTACHMENT** *(Number)*: 15
*(This Attachment may be used with any Judicial Council form.)*

Judgment Creditors:

BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, and its JOINT BOARD OF TRUSTEES; VINCE ECHEVERRIA and MARIAN BOURBOULIS, Trustees;

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, and its JOINT BOARD OF TRUSTEES; CHRIS CHRISTOPHERSON and JOHN MAGGIORE, Trustees;

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND, and its JOINT BOARD OF TRUSTEES; CHRIS CHRISTOPHERSON and MARIAN BOURBOULIS, Trustees; and

DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,

Address:

c/o Shivani Nanda, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, Ste 2110
San Francisco, CA 94104

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]


Martin Dean's
ESSENTIAL FORMS™

**ATTACHMENT
to Judicial Council Form**

PATCL

www.courtinfo.ca.gov