Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
mminser@sjlawcorp.com

Attorneys for Plaintiffs, Bay Area Painters and Tapers Pension Trust Fund, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNUM DRYWALL, INC., a California corporation,<br><br>Defendant. | Case No.: C14-5557 LB<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |

    1.    The undersigned hereby acknowledges that the Judgment in the above-captioned action has been satisfied in full.

    2.    The names and address of the judgment creditors are the Bay Area Painters and Tapers Pension Trust Fund, et al., c/o Saltzman & Johnson Law Corporation, 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    3.    The name and address of the judgment debtor is as follows: Magnum Drywall, Inc., a California corporation, 42027 Boscell Road, Freemont, CA 94538.

    4.    A Judgment was entered on January 21, 2015.

    5.    An Abstract of Judgment was recorded as follows:

        (a)    Santa Clara County, California, on July 29, 2015, as instrument number 23037008;

(b) Alameda County, California, on July 31, 2015, as instrument number 2015212053.

***NOTICE TO JUDGMENT DEBTOR(S):*** *If this is an acknowledgment of full satisfaction of judgment, it **must be recorded in the county or counties shown in Item 5 above in order to release the judgment lien.** A certified copy of this document, which can be obtained from the above-referenced Court, may be required to release the lien.*

Dated: February 9, 2017

SALTZMAN & JOHNSON
LAW CORPORATION

By: /s/ Matthew P. Minser
Matthew P. Minser, Esq.
Attorneys for Plaintiffs, Bay Area Painters and
Tapers Pension Trust Fund, et al.

## NOTARIZATION

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA     }

COUNTY OF SAN FRANCISCO }

On February 9, 2017, before me, <u>Maria D. Sam</u>, Notary Public,

personally appeared <u>Matthew P. Minser</u>

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: MARIA D. SAM, Commission # 2076310, Notary Public - California, San Francisco County, My Comm. Expires Aug 27, 2018]

Maria D. Sam
Notary Public

-2-
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
Case No.: C14-05557 LB